IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JESSE BREWER,** | **CIVIL NO. 1:15-CV-0942** |
| Plaintiff | (Judge Rambo) |
| v. | (Magistrate Judge Carlson) |
| **DONALD E. HOPPLE, JR.,** *et al.*, | |
| Defendants | |

# O R D E R

AND NOW, this 16th day of June, 2015, for the reasons set forth in the accompanying memorandum, **IT IS HEREBY ORDERED THAT:**

1) The court adopted the report and recommendation of Magistrate Judge Carlson.

2) Plaintiff's request for leave to proceed *in forma pauperis* is **GRANTED**.

3) The complaint is **DISMISSED** and the Clerk of Court shall close the file.

4) Any appeal from this order will be deemed frivolous and not taken in good faith.

                                                              s/Sylvia H. Rambo
                                                           United States District Judge